IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02335-WYD-CBS

JOHN BRAY,

    Plaintiff,

v.

SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.), f/k/a GENWORTH LIFE AND HEALTH INSURANCE COMPANY, a Connecticut Insurance Company, and MANAGEMENT SERVICES INDUSTRY GROUP INSURANCE FUND, AND ERISA multiple employer welfare arrangement plant,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion to Vacate and Reschedule January 29, 2009 Scheduling Conference Due to Death of Plaintiff (*doc. #9)* is GRANTED.

    The scheduling conference, set for January 29, 2009, and all related deadlines are VACATED.

    IT IS FURTHER ORDERED that a telephonic status conference will be held on **March 25, 2009 at 8:30 a.m. (Mountain Time)** in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. To participate telephonically, counsel shall coordinate to create a conference call, then contact the court (303) 844-2117 at the scheduled time.

**DATED:**    January 26, 2009