IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 08-cv-02335-WYD-CBS

CYNTHIA MOLTZ BRAY, as the personal representative of
JOHN BRAY,

    Plaintiff,

v.

SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.), f/k/a GENWORTH LIFE AND HEALTH INSURANCE COMPANY, a Connecticut Insurance Company, and MANAGEMENT SERVICES INDUSTRY GROUP INSURANCE FUND, AND ERISA multiple employer welfare arrangement plant,

    Defendants.

---

**MINUTE ORDER**

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Leave to File Amended Complaint (doc #22, filed 5/14/2009) is **GRANTED**.  The proposed Second Amended Complaint (doc #22-2) is hereby accepted for filing as of the date of this Order.

**DATED:**    May 15, 2009