UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  08-cv-02335-WYD-CBS

CYNTHIA MOLTZ BRAY, as the personal representative of JOHN BRAY,

     Plaintiff,

v.

SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.), f/k/a GENWORTH LIFE AND
HEALTH INSURANCE COMPANY, a Connecticut Insurance Company; and
MANAGEMENT SERVICES INDUSTRY GROUP INSURANCE FUND, an ERISA
multiple employer welfare arrangement plan,

     Defendants.

---

**ORDER**

---

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Stay the

Case [doc. #29], filed June 11, 2009.  In her Motion, Plaintiff Cynthia Moltz Bray

requests a stay of the present case pending her exhaustion of administrative remedies

in a related matter.  She asserts that her late husband John Bray was the original

plaintiff in the present case and had brought this action against Defendants because of

their denial of his claim under a long-term disability insurance policy.  After Mr. Bray

passed away, Mrs. Bray was substituted as Plaintiff.  She submitted to Defendant Sun

Life Health Insurance Company a claim for benefits under a life insurance policy, but

Sun Life denied the claim and is now hearing Plaintiff's administrative appeal.  Plaintiff

requests that the present case be stayed pending Defendants' final benefits

determination regarding the life insurance policy claim, as the claim is essentially

identical to her husband's original claim under his disability insurance policy.  Plaintiff

asserts that should the life insurance claim be denied, she intends to consolidate that

claim with the present case.  For the foregoing reasons, I agree that a stay of the

present case is warranted.  Accordingly, it is hereby

ORDERED that Plaintiff's Unopposed Motion to Stay the Case [doc. #29], filed

June 11, 2009, is **GRANTED** and this case is **STAYED** pending Defendant Sun Life's

final benefits determination regarding Plaintiff's life insurance policy claim.  The parties

shall file a joint status report apprising the Court of the status of the case not later than

**Friday, July 31, 2009**.  If the final benefits determination has not been made at that

point, the Court is likely to administratively close the case, which would then be

reopened for good cause shown.

Dated:  June 23, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge