# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:  08-cv-02335-WYD-CBS** | **FTR** - Reporter Deck - Courtroom A402 |
| **Date:  May 21, 2010** | **Courtroom Deputy:**  Linda Kahoe |

CYNTHIA MOLTZ BRAY,                                         Shawn E. McDermott

      Plaintiff,

      v.

SUN LIFE AND HEALTH INSURANCE                   Andrew David Ringel
COMPANY, *et al.,*

      Defendants.

---

## COURTROOM MINUTES/MINUTE ORDER

---

**HEARING:   MOTION HEARING**
**Court in session:       10:06 a.m.**
Court calls case.  Appearances of counsel.  *Also present is Plaintiff, Ms. Bray.*

The court states there are two pending motions:  Plaintiff's Third Motion for Leave to Amend Complaint, doc #[40], filed 4/12/2010, and Plaintiff's Motion to Lift Stay, doc #[39], filed 4/12/2010.  Only doc #[40] has been referred.

Counsel for both sides state that both motions are intertwined and should be heard together.

Mr. McDermott provides the court and defense counsel with a recent Tenth Circuit decision.

Mr. McDermott presents arguments.

Mr. McDermott provides a copy of an Exhibit to the Reply to Motion to Amend.

Mr. Ringel presents arguments.  Mr. Ringel presents two exhibits – an email exchange, and a letter, dated May 10th.

Discussion regarding the efficiency issue.  The court explains the efficiency issue to Ms. Bray.

Discussion regarding filing a Motion for Summary Judgment on the disability claim, and the

timing of a ruling on the pending motions.

Mr. McDermott states he will take the court's comments under consideration and that, at this time, he does not want to withdraw the Motion to Amend.

Discussion regarding the exhaustion issue and subject matter jurisdiction.

The court will speak with Chief Judge Daniel and recommend that one judge rule on both motions.

HEARING CONCLUDED.

**Court in recess**:    **11:43 a.m.**
Total time in court:    01:37

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.