UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-02335-WYD-CBS

CYNTHIA MOLTZ BRAY, as the personal representative of JOHN BRAY,

    Plaintiff,

v.

SUN LIFE AND HEALTH INSURANCE COMPANY (U.S.), f/k/a GENWORTH LIFE AND HEALTH INSURANCE COMPANY, a Connecticut Insurance Company, and MANAGEMENT SERVICES INDUSTRY GROUP INSURANCE FUND, an ERISA multiple employer welfare arrangement plan,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Defendants' Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Motion to Determine Standard of Review [ECF No. 63], filed November 30, 2010 is **GRANTED**. The Defendants may file the sur-reply attached as Exhibit 2 to the Motion for Leave.

    Dated:  December 2, 2010.